AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANA E. TUOMI | ) | Case No. |
| | ) | 14-8186-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
MAY - 6 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 17 and 18, 2014__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | Bank robbery |

This criminal complaint is based on these facts:

Please see attached affidavit of FBI Task Force Officer Mark A. Campo, which is fully incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Mark A. Campo, Task Force Officer, FBI
*Printed name and title*

I find probable cause

Sworn to before me and signed in my presence.

Date: 05/06/2014

*Judge's signature*

City and state: West Palm Beach, FL       Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

Case No. 14-8186-JMH

## AFFIDAVIT

I, Mark A Campo, being duly sworn, do state and attest as follows:

1.  I have been a Police Officer with the City of West Palm Beach since April of 2001. Prior to being employed by the City of West Palm Beach, I was employed as a Police Officer for the City of New York from 1997 to 2001. Since being employed with the City of West Palm Beach Police Department, I served as a road Patrol Officer until October 2005. I was then transferred to the Neighborhood Enhancement Team ("NET Team"). While on the NET Team, I made numerous drug related arrests through countless hours of surveillance and high profile policing. I have also been assigned to the West Palm Beach Police Department's Quick Response Team ("QRT"). While on the QRT Team I was able to conduct undercover operations and was tasked to write numerous search warrants for narcotics and firearms, which further enhanced I's skills in undercover work. I am currently assigned to the Criminal Investigations Division Investigative Tactical Team ("ITAC"), and a member of the FBI Safe Streets Task Force. I successfully completed the Criminal Justice Basic Police Academy in 2000 and am certified by the Criminal Justice Standards and Training Commission as a Law Enforcement Officer. I have a Bachelor's Degree in Psychology from the State University of New York at Albany.

2.  This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging DANA E TUOMI with the offense of bank robbery, in violation of 18 U.S.C. § 2113(a).

3. On April 17, 2014 at approximately 0850 hours, a bank robbery occurred at the TD Bank located at 5899 Lake Worth Road in Greenacres, Florida. A white male walked into the TD Bank and approached the area where the transaction forms are. The suspect filled out a form and approached the teller. The suspect then handed the form to the teller, which stated, "I have a gun, give me $100 and $50 only. Do not press the alarm." The teller complied and the suspect took the U.S. currency and walked out of the bank. The suspect was observed getting into the passenger side of a white cargo-style van, which was last seen driving through the northwest side of the parking lot.

4. On April 18, 2014 at approximately 1955 hours, a bank robbery occurred at the TD Bank located at 2130 Centerpark West Drive in West Palm Beach, Florida. A white male entered TD Bank and walked to the area where the transaction forms are kept. The suspect wrote on a piece of paper and then approached the teller and handed it to him. The note stated, "20'2, 50's, 100's or I will shoot." The teller complied and handed over U.S. currency. The suspect then exited the bank and was last seen heading westbound on Centerpark West Drive on foot.

5. The deposits of TD Bank, which includes the specific branch locations identified above, are insured by the Federal Deposit Insurance Corporation ("FDIC").

6. The West Palm Beach Police Department ("WPBPD") contacted the Greenacres Police Department ("GPD") regarding the bank robbery which had occurred. The suspect in the Greenacres robbery on April 17 closely resembled the suspect from the West Palm Beach robbery on April 18. The GPD advised that they had developed a suspect by the name of DANA E. TUOMI. This was accomplished by running the description given of the van that was seen leaving the area during the Greenacres robbery. They were able to find a van matching the description given and an owner who matched the description of the suspect.

7. On April 22, 2014, a detective of the GPD developed a photographic array of six pictures resembling a tattoo that the teller had observed on the suspect from the Greenacres robbery. The teller was able to identify a tattoo in one of the photos as the one he saw. The tattoo identified was from DANA E. TUOMI. The detective also prepared a six-person photographic lineup and showed it to the same teller. The teller identified the photograph of DANA E. TUOMI as the person who had committed the robbery.

8. On April 22, 2014, a detective of the WPBPD developed a six-person photographic lineup and showed it to the teller who was confronted by the suspect who entered the TD Bank in West Palm Beach. The teller identified the photograph of DANA E. TUOMI as the person who had committed the robbery.

9. On April 23, 2014, a detective of the GPD met with another teller who was present during the Greenacres robbery and observed the suspect in the bank. The detective showed a six-person photographic lineup to the teller. The teller identified the photograph of DANA E. TUOMI as the person who had committed the robbery.

10. On April 23, 2014, law enforcement obtained a state search warrant for the residence of DANA E. TUOMI, located in Greenacres, Florida, and a white Chevrolet van which was registered to DANA E TUOMI. Prior to obtaining the search warrant, law enforcement observed the white Chevrolet van parked next to the house.

11. During the course of the search warrant, several articles believed to be related to the robbery were found, including clothing matching the description of the subject as he robbed both banks and sunglasses. All items were photographed and put into evidence.

12. On April 23, 2014, DANA E. TUOMI was brought into the WPBPD station. TUOMI was already in custody on a separate and unrelated charge for which he was picked up on

April 22, 2014. Both detectives from WPBPD and GPD attempted to interview TUOMI, but he requested an attorney,

13. Based on the forgoing facts, I submit that probable cause exists to believe that on or about April 17 and April 18, 2014, DANA E. TUOMI committed the offense of bank robbery, in violation of 18 U.S.C. § 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DETECTIVE MARK A CAMPO
TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me
this the __6__ day of May, 2014.

_____
HON. JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. No. 14-8186-JMH

UNITED STATES OF AMERICA

v.

DANA E. TUOMI,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ALEXANDRA HUI
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.hui@usdoj.gov