AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>**DANA E. TUOMI** | )<br>)<br>)<br>)<br>)<br>) | Case No.   14-8186-JMH |
| *Defendant* | ) | |

## ARREST WARRANT

FILED by _____ D.C.

JUN - 5 2014

CLERK U S DIST CT
S.D. OF FLA - W.P.B.

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANA E. TUOMI _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

  Bank robbery, in violation of 18 U.S.C. 2113(a)

Date:     05/06/2014                    _James M. Hopkins_
                                        *Issuing officer's signature*

City and state:   West Palm Beach, Florida          Hon. James M. Hopkins, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5-6-14 , and the person was arrested on *(date)* 5-28-14<br>at *(city and state)* W. Palm Beach, FL .<br>by FBI<br>Date: 6-4-14          _Drew M. Palomino_<br>                        *Arresting officer's signature*<br><br>                        Drew M. Palomino<br>                        *Printed name and title* |

478601
1404-0508-2774-J